# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:   David A Underwood                           Case Number:   17-50134
         Debtor

## UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the

Registry of the Court as unclaimed property, the sum of $2898.89, check #1037973, for the

following reason:

The Trustee is unable to locate the Debtor.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:


David A Underwood
3501 Lochdale Terrace
Lexington, KY  40503


Dated:  November 21, 2017




/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527